STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

(212) 416-8653

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

*Endorsed Order: Application granted. Defendants' answer or other response to the complaint to be served and filed by Aug. 27, 2008. [signed] 7/16/08*

JULY 16, 2008

VIA FACSIMILE
Honorable Michael H. Dolinger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Adams v. Perez</u> / 08 Civ. 4834(BSJ)(MHD)

Dear Magistrate Judge Dolinger:

    This office represents the defendants in the above-captioned action. I write to request an extension of time by which defendants must move or answer with respect to the complaint from today July 16, 2008 to and including August 27, 2008. Plaintiff, <u>pro se</u> has not been contacted for his consent as he is presently incarcerated and the time delays associated with communicating by first class mail.

    An extension of time is necessary for the assigned attorney to obtain the necessary files and documents, investigate the facts, research applicable law and draft responsive papers. This action will be assigned to Assistant Attorney General Thomas Biesty.

    Wherefore, it is respectfully requested that defendants' request for an extension to move or answer with respect to the complaint to and including August 27, 2008 be granted.

Respectfully submitted,

REBECCA ANN DURDEN
Assistant Attorney General

cc: Denise Adams, <u>Pro Se</u>    (Via first class mail)