*[Handwritten annotation:]* ENDORSED ORDER

Plaintiff's opposition to defendants' motion to dismiss is to be served and filed by Sept 30, 2008. Def's reply is due by Oct 7, 2008.

*[Signature]* 9/2/08

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

| | |
|---|---|
| **ANDREW M. CUOMO**<br>Attorney General | **LESLIE G. LEACH**<br>Executive Deputy Attorney General<br>Division of State Counsel |
| | **JUNE DUFFY**<br>Assistant Attorney General in Charge<br>Litigation Bureau |

(212) 416-8922

*[Stamp:]* 9/2/08

August 27, 2008

Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

*[Stamp:]* AUG 28 '08

Re: Adams v. Perez, et al., (08-cv-4834) (BSJ)(MHD) – *Pro Se*

Dear Judge Dolinger:

    Enclosed please find a courtesy copy of the papers that Defendants' filed today in support of their motion to dismiss in the above-referenced matter. Defendants propose that Plaintiff file her response to Defendants' motion by September 30, 2008. In turn, Defendants would file their reply by October 23, 2008. In addition, pursuant to Local Civil Rule 7.1(c) Defendants have provided Plaintiff with printed copies of decisions cited in their memorandum of law that are unreported or reported exclusively on computerized databases.

    Wherefore, it is respectfully requested that the proposed briefing schedule be endorsed and adopted by the Court.

Respectfully submitted,

*[Signature]*

Thomas M. Biesty
Assistant Attorney General